# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARLYN MAJANO,

     Plaintiffs

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant

Case No.: 2:19-cv-02148-APG-EJY

**Order Remanding Case**

I previously directed defendant State Farm to show cause why this action should not be remanded because it had not shown by a preponderance of the evidence that the amount in controversy was satisfied. ECF No. 4. State Farm's response to my order likewise does not show by a preponderance of the evidence that removal is proper.

The complaint does not request a specified amount. State Farm mentions that the plaintiff made $100,000 settlement demands, but it admits that prior to suit being filed, the plaintiff reduced that demand to $70,000. ECF No. 9-13. Additionally, the plaintiff asserts she suffered approximately $47,000 in medical expenses and lost wages. But that is offset by the $25,000 she recovered from the tortfeasor's insurance as well as another $36,710 that State Farm paid the plaintiff prior to this suit being filed. *Id.* Further, the plaintiff disputes that she is pursuing a bad faith claim in this case and the complaint does not appear to allege one. ECF Nos. 1-1; 7. Accordingly, I cannot exercise subject matter jurisdiction over this action so I will remand it to state court.

/ / / /

/ / / /

I THEREFORE ORDER that this case is remanded to the state court from which it was

removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 8th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE